Michael R. Reese (State Bar No. 206773)
*mreese@reesellp.com*
**REESE LLP**
100 West 93rd Street, 16th Floor
New York, New York  10025
Telephone: (212) 643-0500

*Counsel for Plaintiff Sean Gilbert DeVries and the Proposed Class*

Kerry C. Fowler
*kcfowler@jonesday.com*
**JONES DAY LLP**
555 S. Flower Street, 50th Floor
Los Angeles, California 90071
Telephone: (213) 243-2792

*Counsel for Defendant Experian Information Solutions, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SEAN GILBERT DEVRIES, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant. | Case No. 3:16-cv-02953-WHO<br><br>**STIPULATION AND ORDER ADJOURNING AUGUST 30, 2016 CASE MANAGEMENT CONFERENCE** |

1  Plaintiff Sean Gilbert DeVries ("Plaintiff") and defendant Experian Information Solutions,
2  Inc., ("Defendant") (collectively, the "Parties") hereby agree and stipulation as follows:
3  WHEREAS, a case management conference is currently scheduled for 2:00 p.m. on August
4  30, 2016;
5  WHEREAS, Plaintiff's counsel has a scheduling conflict on August 30, 2016, specifically a
6  previously scheduled family vacation;
7  WHEREAS, the Parties have met and conferred and, with the Court's permission, have
8  agreed to adjournment of the case management conference; and
9  WHEREAS, the Parties have determined that October 4, 2016 – a date regularly set by the
10  Court for case management conference – is a date available for the attorney for the Parties;
11  The Parties hereby agree and stipulate, contingent upon the Court's permission, that the case
12  management conference currently scheduled for August 30, 2016 is rescheduled for 2:00 p.m. on
13  October 4, 2016.
14  AGREED TO BY THE FOLLOWING:
15  Date: August 9, 2016                               **REESE LLP**

                                                     By: */s/ Michael R. Reese*
                                                     Michael R. Reese (Cal. State Bar No. 206773)
                                                     *mreese@reesellp.com*
                                                     **REESE LLP**
                                                     100 West 93rd Street, 16th Floor
                                                     New York, New York  10025
                                                     Telephone: (212) 643-0500

                                                     *Counsel for Plaintiff Sean Gilbert DeVries*
                                                     *and the Proposed Class*


                                                     By: */s/ Kerry C. Fowler*

                                                     Kerry C. Fowler
                                                     *kcfowler@jonesday.com*
                                                     **JONES DAY LLP**
                                                     555 S. Flower Street, 50th Floor
                                                     Los Angeles, California 90071
                                                     Telephone: (213) 243-2792

                                                     *Counsel for Defendant*

Based upon the Stipulation of the Parties, and for good cause shown, the case management conference currently scheduled for August 30, 2016 is hereby adjourned and rescheduled for 2:00 p.m. on October 4, 2016.

**SO ORDERED.**

Date: August  9 , 2016

_____
William H. Orrick
United States District Judge

Pursuant to Civil Local Rule 5.1(i)(3), I, Michael R. Reese attest under penalty of perjury under the laws of the United States that concurrence in the filing of this document has been obtained from all of the signatories.

Dated:   August 9, 2016              **REESE LLP**

By:  */s/ Michael R. Reese*
Michael R. Reese (Cal. State Bar No. 206773)

*Counsel for Plaintiff Sean Gilbert DeVries and the Proposed Class*