1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SEAN GILBERT DEVRIES, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio and California corporation,<br><br>Defendant. | Case No. 16-cv-02953-WHO<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES**<br><br>Civil L.R. 6-2 |

**STIPULATION**

Pursuant to Civil Local Rule 6-2, Plaintiff Sean DeVries ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Defendant," and Plaintiff and Defendant, collectively, are the "Parties"), by and through their undersigned counsel, stipulate as follows, subject to a Court Order approving the stipulation:

WHEREAS, on September 21, 2016, Defendant filed a Motion to Compel Arbitration (Doc. No. 31), Request for Judicial Notice (Doc. No. 32), and Application for Stay of Case Pending Outcome of Arbitration (Doc. No. 33) (collectively the "Motions");

WHEREAS, Civil Local Rule 7-3(a) sets October 5, 2016 as the deadline for Plaintiff to file his opposition to the Motions;

WHEREAS, Civil Local Rule 7-3(c) sets October 12, 2016 as the deadline for Defendant to file its reply in support of the Motions;

WHEREAS, the hearing on Defendant's Motions is set for October 26, 2016 at 2:00 p.m.;

WHEREAS, due to a conflict with religious holidays, Plaintiff requests additional time to file his opposition to the Motions;

WHEREAS, the Parties met and conferred and agree to the following revised briefing schedule:

| | |
|---|---|
| Plaintiff's Opposition to the Motions | October 11, 2016 |
| Defendant's Reply in Support of the Motions | October 18, 2016 |

WHEREAS, the Parties agree that this Stipulation shall have no force or effect unless the Court approves the Stipulation in its entirety and enters the [Proposed] Order set forth below;

WHEREAS, the Parties seek no other modifications to the schedule, and, unless the Court requires additional time following the conclusion of the briefing, agree to maintain the October 26, 2016 hearing date;

NOW, THEREFORE, pursuant to Civil Local Rule 6-2, the Parties hereby stipulate and request that the Court enter an Order amending the briefing schedule on the Motions as follows:

| | |
|---|---|
| Plaintiffs' Opposition to the Motions | October 11, 2016; and |
| Defendant's Reply in Support of the Motions | October 18, 2016 |

1  Date: October 3, 2016                **REESE LLP**
2                                       By:  */s/ Michael R. Reese*
3                                       Michael R. Reese (SBN 206773)
                                        *mreese@reesellp.com*
4                                       875 Avenue of the Americas, 18th Floor
                                        New York, New York  10001
5                                       Telephone: (212) 643-0500
                                        Facsimile: (212) 253-4272
6
7                                       Melissa Wolchansky (admitted *pro hac vice*)
                                        *wolchansky@halunenlaw.com*
8                                       **HALUNEN LAW**
                                        1650 IDS Center
9                                       80 South 8th Street
                                        Minneapolis, Minnesota  55402
10                                      Telephone: (612) 605-4098
11                                      Facsimile: (612) 605-4099

12                                      James A Francis
                                        *jfrancis@consumerlawfirm.com*
13                                      David A. Searles
                                        *dsearles@consumerlawfirm.com*
14                                      John J. Soumilas
15                                      *jsoumilas@consumerlawfirm.com*
16                                      **FRANCIS & MAILMAN P.C.**
                                        Land Title Building
17                                      100 S. Broad Street, 19th Floor
                                        Philadelphia, Pennsylvania 19110
18                                      Telephone: (215) 735-8600
19                                      Facsimile: (215) 940-8000

20                                      *Attorneys for Plaintiff Sean DeVries and the*
                                        *Proposed Class*
21

22
23  Date: October 3, 2016                **JONES DAY**
                                        By:  */s/ Kerry C. Fowler*
24                                      Kerry C. Fowler (SBN 228982)
                                        *kcfowler@jonesday.com*
25                                      555 S. Flower Stree, 50th Floor
                                        Los Angeles, California 90071
26                                      Telephone: (213) 489-3939
                                        Facsimile: (213) 243-2539
27

28                                      *Attorneys for Defendant*
                                        *Experian Information Solutions, Inc.*

STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES
*DeVries et al. v. Experian Information Solutions, Inc..*, No. 16-cv-02953-WHO
3

NAI-1502146403v1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>ATTESTATION</u>**

I hereby attest that I have on file written authorization for any signatures indicated by a "conformed" signature (/s/) in this e-filed document.

 */s/ Michael R. Reese*
Michael R. Reese

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: October 4, 2016

_____
HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES
*DeVries et al. v. Experian Information Solutions, Inc.*, No. 16-cv-02953-WHO
5

NAI-1502146403v1