1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SEAN GILBERT DEVRIES, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio and California corporation,<br><br>    Defendant. | Case No. 3:16-cv-02953-WHO<br><br>**AMENDED STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES**<br><br>Civil L.R. 6-2 |

**STIPULATION**

Pursuant to Civil Local Rule 6-2, Plaintiff Sean DeVries ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Defendant," and Plaintiff and Defendant, collectively, are the "Parties"), by and through their undersigned counsel, stipulate as follows, subject to a Court Order approving the stipulation:

WHEREAS, on September 21, 2016, Defendant filed a Motion to Compel Arbitration (Doc. No. 31), Request for Judicial Notice (Doc. No. 32), and Application for Stay of Case Pending Outcome of Arbitration (Doc. No. 33) (collectively the "Motions");

WHEREAS, on October 3, 2016, the Parties filed a stipulation (Doc. No. 36) requesting the Court extend the briefing schedule on the Motions as follows:

| | |
|---|---|
| Plaintiffs' Opposition to the Motions | October 11, 2016 |
| Defendant's Reply in Support of the Motions | October 18, 2016 |

WHEREAS, on October 4, 2016, the Court entered an order granting the stipulation and extending the deadlines (Doc. No. 37.);

WHEREAS, on October 4, 2016, the Court held a conference with the Parties and ordered discovery in the matter be stayed pending a decision on the Motions;

WHEREAS, the hearing on the Motions is set for October 26, 2016 at 2:00 p.m.;

WHEREAS, the Parties previously submitted a stipulation on October 6, 2016 (Dkt. 39) for an additional extension of the briefing schedule for the Motions as follows:

| | |
|---|---|
| Plaintiffs' Opposition to the Motions | October 14, 2016 |
| Defendant's Reply in Support of the Motions | October 28, 2016 |
| Hearing on the Motions for November 16, 2016 at 2:00 p.m. | |

WHEREAS, counsel for Plaintiff now wishes to provide the Court with additional detail for the requested extension;

WHEREAS, the reasons requested for the extension are:

(a)     There is a religious holiday (Yom Kippur) that is occupying certain members of plaintiffs' counsel time such that they cannot fully work on the opposition; and

(b) the undersigned plaintiff's counsel is dealing with a sick immediate family member with stage 4 lung cancer such that the extra time is needed for him to focus and finalize on the opposition.

WHEREAS, the Parties agree that this Stipulation shall have no force or effect unless the Court approves the Stipulation in its entirety and enters the [Proposed] Order set forth below;

NOW, THEREFORE, pursuant to Civil Local Rule 6-2, the Parties hereby stipulate and request that the Court enter an Order amending the briefing schedules on the Motions as follows:

Plaintiffs' Opposition to the Motions          October 14, 2016;

Defendant's Reply in Support of the Motions          October 28, 2016; and

The Hearing on the Motions is rescheduled for November 16, 2016 at 2:00 p.m.


Respectfully submitted,


Date: October 11, 2016                    **REESE LLP**

By: */s/ Michael R. Reese*
Michael R. Reese (SBN 206773)
*mreese@reesellp.com*
875 Avenue of the Americas, 18th Floor
New York, New York 10001
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

Melissa Wolchansky (admitted *pro hac vice*)
*wolchansky@halunenlaw.com*
**HALUNEN LAW**
1650 IDS Center
80 South 8th Street
Minneapolis, Minnesota  55402
Telephone: (612) 605-4098
Facsimile: (612) 605-4099

James A Francis
*jfrancis@consumerlawfirm.com*
David A. Searles
*dsearles@consumerlawfirm.com*
John J. Soumilas
*jsoumilas@consumerlawfirm.com*
**FRANCIS & MAILMAN P.C.**
Land Title Building
100 S. Broad Street, 19th Floor
Philadelphia, Pennsylvania 19110
Telephone: (215) 735-8600
Facsimile: (215) 940-8000

*Attorneys for Plaintiff Sean DeVries and the Proposed Class*

Date: October 11, 2016

**JONES DAY**
By:  */s/Kerry C. Fowler*
Kerry C. Fowler (SBN 228982)
*kcfowler@jonesday.com*
555 S. Flower Stree, 50th Floor
Los Angeles, California 90071
Telephone: (213) 489-3939
Facsimile: (213) 243-2539

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ATTESTATION**

I hereby attest that I have on file written authorization for any signatures indicated by a "conformed" signature (/s/) in this e-filed document.

   _/s/ Michael R. Reese_
   Michael R. Reese

1

## <u>ORDER</u>

2       The Court GRANTS the Stipulation as modified below.  The court is unavailable on

3   November 16, 2016.  The hearing on the motion is set for November 30, 2016 at 2 p.m.

4

5   DATE: October 11, 2016

        _____

6                                           HONORABLE WILLIAM H. ORRICK
                                            UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AMENDED STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES
*DeVries et al. v. Experian Information Solutions, Inc..*, No. 3:16-cv-02953-WHO

6