1
2
3
4
5

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SEAN GILBERT DEVRIES, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio and California corporation,<br><br>Defendant. | Case No. 3:16-cv-02953-WHO<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES AND CONTINUE HEARING ON MOTION FOR JUDGMENT ON THE PLEADINGS AND FURTHER CASE MANAGEMENT CONFERENCE;**<br><br>**DECLARATION OF KERRY C. FOWLER IN SUPPORT THEREOF**<br><br>Civil L.R. 6-2<br><br>Prior Hearing & CMC Date: Feb. 28, 2018<br>New Hearing & CMC Date: March 14, 2018<br>Time: 2:00 p.m.<br>Location: Courtroom 2, 17th Floor |

STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING DEADLINES
*DeVries et al. v. Experian Information Solutions, Inc..*, No. 3:16-cv-02953-WHO

1

NAI-1503432685v1

# STIPULATION

Pursuant to Civil Local Rule 6-2, Plaintiff Sean DeVries ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Defendant," and Plaintiff and Defendant, collectively, are the "Parties"), by and through their undersigned counsel, stipulate as follows, subject to a Court Order approving the stipulation:

WHEREAS, on January 23, 2018, the Court entered a Minute Entry (Doc. No. 72) granting Defendant one week to file a Motion for Judgment on the Pleadings and setting February 28, 2018 as the date for a hearing on such motion;

WHEREAS, the Court also set a Further Case Management Conference for February 28, 2018, to be heard at the same time as the Motion for Judgment on the Pleadings;

WHEREAS, on January 24, 2018, Defendant filed the its Motion for Judgment on the Pleadings ("Motion") (Doc. No. 73);

WHEREAS, Civil Local Rule 7-3(a) sets February 7, 2018 as the deadline for Plaintiff to file an Opposition to the Motion;

WHEREAS, Civil Local Rule 7-3(c) sets February 14, 2018 as the deadline for Defendant to file a Reply in Support of the Motion;

WHEREAS, due to certain conflicts, the Parties require additional time for briefing and wish to stipulate to an extension of the briefing schedule for the Motion as follows:

| | |
|---|---|
| Plaintiff's Opposition to the Motion | February 21, 2018 |
| Defendant's Reply in Support of the Motion | March 2, 2018 |

WHEREAS, the Parties also wish to reschedule the hearing on the Motion and Further Case Management Conference to March 14, 2018 at 2:00 p.m.;

WHEREAS, the Parties agree that this Stipulation shall have no force or effect unless the Court approves the Stipulation in its entirety and enters the [Proposed] Order set forth below;

///
///
///
///

STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING DEADLINES
*DeVries et al. v. Experian Information Solutions, Inc..*, No. 3:16-cv-02953-WHO
2

NAI-1503432685v1

NOW, THEREFORE, pursuant to Civil Local Rule 6-2, the Parties hereby stipulate and request that the Court enter an Order amending the briefing and hearing schedules as follows:

    Plaintiff's Opposition to the Motion           February 21, 2018;

    Defendant's Reply in Support of the Motion     March 2, 2018;

    The Hearing on the Motion is rescheduled for March 14, 2018 at 2:00 p.m.; and

    The Further Case Management Conference previously scheduled for February 7, 2018 is continued to March 14, 2018 at 2:00 p.m.

Date: February 7, 2018         By:  */s/ Melissa S. Weiner*
                                        Melissa S. Weiner (admitted *pro hac vice*)
                                        *weiner@halunenlaw.com*
                                        **HALUNEN LAW**
                                        1650 IDS Center
                                        80 South 8th Street
                                        Minneapolis, Minnesota 55402
                                        Telephone: (612) 605-4098
                                        Facsimile: (612) 605-4099

                                        Michael R. Reese (SBN 206773)
                                        **REESE LLP**
                                        *mreese@reesellp.com*
                                        875 Avenue of the Americas, 18th Floor
                                        New York, New York 10001
                                        Telephone: (212) 643-0500
                                        Facsimile: (212) 253-4272

                                        James A Francis
                                        *jfrancis@consumerlawfirm.com*
                                        David A. Searles
                                        *dsearles@consumerlawfirm.com*
                                        John J. Soumilas
                                        *jsoumilas@consumerlawfirm.com*
                                        **FRANCIS & MAILMAN P.C.**
                                        Land Title Building
                                        100 S. Broad Street, 19th Floor
                                        Philadelphia, Pennsylvania 19110
                                        Telephone: (215) 735-8600
                                        Facsimile: (215) 940-8000

                                        *Attorneys for Plaintiff Sean DeVries and the Proposed Class*

---

STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING DEADLINES
*DeVries et al. v. Experian Information Solutions, Inc..*, No. 3:16-cv-02953-WHO

3

NAI-1503432685v1

| | | |
|---|---|---|
| 1 | Date: February 7, 2018 | **JONES DAY** |
| 2 | | By: *Kerry C. Fowler* |
| 3 | | Kerry C. Fowler (SBN 228982) |
| | | *kcfowler@jonesday.com* |
| 4 | | 555 S. Flower Street, 50th Floor |
| 5 | | Los Angeles, California 90071 |
| | | Telephone: (213) 489-3939 |
| 6 | | Facsimile: (213) 243-2539 |
| 7 | | *Attorneys for Defendant* |
| | | *Experian Information Solutions, Inc.* |

STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING DEADLINES
*DeVries et al. v. Experian Information Solutions, Inc..*, No. 3:16-cv-02953-WHO

4

NAI-1503432685v1

## DECLARATION OF KERRY C. FOWLER

I, Kerry C. Fowler, declare as follows:

1. I am a member in good standing of the State Bar of California, and am admitted to practice before the Northern District of California and other federal courts. I am a partner in the law firm of Jones Day, attorneys of record for defendant Experian Information Solutions, Inc. ("EIS") in the above-captioned action.

2. On January 23, 2018, the Court entered a Minute Entry (Doc. No. 72) granting EIS one week to file a Motion for Judgment on the Pleadings, and setting February 28, 2018 as the date for a hearing on such motion. The Court also set a Further Case Management Conference for February 28, 2018, to be heard at the same time;

3. On January 24, 2018, EIS filed its Motion for Judgment on the Pleadings (the "Motion"). Subsequent to the filing of the Motion, counsel for the parties engaged in a series of meet and confer communications regarding certain conflicts that had arisen with the February 28, 2018 hearing date.

4. On February 7, 2018, counsel reached an agreement regarding a mutually acceptable briefing schedule and the available hearing date of March 14, 2018.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of February, 2018 in Los Angeles, California.

                                   */s/ Kerry C. Fowler*
                                   Kerry C. Fowler

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I, Kerry C. Fowler attest under penalty of perjury under the laws of the United States that concurrence in the filing of this document has been obtained from all of the signatories.

                                   */s/ Kerry C. Fowler*
                                   Kerry C. Fowler

# [PROPOSED] ORDER

Based upon the Stipulation of the Parties, and for good cause shown, the Court hereby amends the briefing and hearing schedules on Defendant Experian Information Solutions, Inc.'s Motion For Judgment on the Pleadings and the Further Case Management Conference as follows:

Plaintiff's Opposition to the Motion  February 21, 2018;

Defendant's Reply in Support of the Motion  March 2, 2018;

The Hearing on the Motion is rescheduled for March 14, 2018 at 2:00 p.m.; and

The Further Case Management Conference previously scheduled for February 7, 2018 is continued to March 14, 2018 at 2:00 p.m.

IT IS SO ORDERED.

DATE: February 8, 2018

_____
HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING DEADLINES
*DeVries et al. v. Experian Information Solutions, Inc..*, No. 3:16-cv-02953-WHO
6

NAI-1503432685v1