UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN GILBERT DEVRIES,<br><br>    Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendant. | Case No. 16-cv-02953-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 125 |

Pursuant to the stipulated notice of dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice.  The Clerk shall close the case.

Dated:  July 10, 2020

_____
WILLIAM H. ORRICK
United States District Judge